# In the United States Court of Federal Claims

**No. 16-16241 L**

**LION MIAMI TERRACE,
LLC**

                                                                    **JUDGMENT**

   **v.**

**THE UNITED STATES**


Pursuant to the court's Order, filed August 24, 2017,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's claims are dismissed without prejudice.


                                        Lisa L. Reyes
                                        Clerk of Court

**August 25, 2017**              By:    s/ Debra L. Samler

                                        Deputy Clerk